# CERTIFICATE OF SERVICE

I, _____Joseph M. Romano (0074709)_____, certify that I am, and at all times during the
                    (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made
_September 1, 2009_____ by:
    (date)

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

  HSBC Mortgage Services, Inc.
  c/o CT Corporation System, Statutory Agent
  1300 East 9th Street
  Cleveland, OH  44114

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]
                                                                                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_1st day of September, 2009_____     /s/ Joseph M. Romano (0074709)_____
             Date                                                      Signature

| Print Name | Joseph M. Romano |
|---|---|
| Business Address | 3455 Mill Run Drive<br>Suite 311 |
| City Hilliard | State OH    Zip 43026 |